UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JEREMY LEE BRININGER          : CHAPTER 13
        Debtor                        :
                                      :
        JACK N. ZAHAROPOULOS          :
        STANDING CHAPTER 13 TRUSTEE   :
        Movant                        :
                                      :
        vs.                           :
                                      :
        JEREMY LEE BRININGER          :
        Respondent                    : CASE NO.   1-22-bk-00636


<u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>


        AND NOW, this   9th   day of June, 2022, comes Jack N. Zaharopoulos, Standing
Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the
following reason(s):

    1.  The Trustee avers that debtor's plan is not feasible based upon the following:

        a.  The plan is underfunded relative to claims to be paid.
        b.  The debtor is unable to make payments under the plan,
            contrary to § 1325(a)(6).   The debtor's proposed step
            payments are unrealistic.


        WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable
and therefore Trustee prays that this Honorable Court will:

        a.  Deny confirmation of debtor(s) plan.
        b.  Dismiss or convert debtor(s) case.
        c.  Provide such other relief as is equitable and just.

                        Respectfully submitted:



                        /s/Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this   15th   day of June, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dorothy Mott, Esquire
125 State Street
Harrisburg, PA   17101


                                    /s/Deborah A. Behney
                                    Office of Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee