IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| JEREMY LEE BRININGER : | |
|   Debtor : | CASE NO. 1:22-bk-00636 |
| : | |
| LAKEVIEW LOAN SERVICING, LLC, : | |
|   Movant : | |
| : | |
| v. : | |
| | |
| JEREMY LEE BRININGER, | |
|   Respondent | |

### MOTION FOR RECONSIDERATION OF ORDER GRANTING RELIEF FROM STAY

COMES NOW the Debtor, Jeremy Lee Brininger, by and through Dorothy L. Mott, Esquire, and requests reconsideration of the order granting relief from stay, respectfully stating in support thereof:

1. The Debtor filed a Chapter 13 Petition on April 7, 2022
2. The Debtor fell behind in the monthly payments to the mortgagee, Lakeview Loan Servicing and entered into a stipulation to cure arrearages and continue to make regular monthly mortgage payments.
3. Lakeview filed a Certificate of Default on December 4, 2023 and the order granting relief was entered on December 5, 2023.
4. The Debtor has the funds to cure the default..

WHEREFORE, the Debtor respectfully requests that this Court enter an order rescinding the Order granting relief from stay and reinstate the automatic stay in Debtor's case.

    Respectfully submitted,

    /s/ Dorothy L. Mott
    _____
    Dorothy L. Mott, Esquire

doriemott@aol.com
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | **CHAPTER 13** |
| **JEREMY LEE BRININGER** : | |
|   Debtor : | **CASE NO. 1:22-bk-00636** |
| : | |
| : | |
| : | |
| : | |
| : | |

## **O R D E R**

     UPON CONSIDERATION of the Motion For Reconsideration Of Order Granting Relief from the Automatic Stay, it is hereby

     ORDERED AND DECREED that the Order Granting Relief from the Automatic Stay entered on December 5, 2023 is hereby vacated; and the automatic stay is reinstated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JEREMY LEE BRININGER | : | |
|   Debtor | : | CASE NO. 1:22-bk-00636 |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>December 19, 2023</u>, I served a copy of the served a copy of the foregoing document(s) electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| **Name and Address** | **Mode of Service** |
|---|---|
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE, STE A<br>HUMMELSTOWN, PA 17036 | Electronically |
| Denise E. Carlon on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC<br>bkgroup@kmllawgroup.com,<br>bkgroup@kmllawgroup.com<br><br>Michael Patrick Farrington on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC<br>mfarrington@kmllawgroup.com<br><br>Brian Nicholas on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC<br>bnicholas@kmllawgroup.com | Electronically |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 12/19/2023

                                                /s/ Dorothy L. Mott

                                                _____
                                                Dorothy L. Mott
                                                doriemott@aol.com
                                                MOTT & GENDRON LAW
                                                125 State Street
                                                Harrisburg, PA 17101
                                                http://www.mottgendronlaw.com
                                                T: (717) 232-6650 | F: (717) 232-0477