UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEPHEN MARC TROY : CHAPTER 13
      Debtor :
       :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
       :
      vs. :
       :
STEPHEN MARC TROY :
      Respondent : CASE NO. 1-23-bk-00180

### TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 2nd day of November, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9) – 2019, 2020, and 2021 Federal Tax Returns are not filed.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                                Respectfully submitted:

                                Jack N. Zaharopoulos
                                Standing Chapter 13 Trustee
                                8125 Adams Drive, Suite A
                                Hummelstown, PA 17036
                                (717) 566-6097

        BY:                /s/Douglas R. Roeder
                                Attorney for Trustee

# CERTIFICATE OF SERVICE

        AND NOW, this 2nd day of November, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA   17101

                                        /s/Deborah A. DePalma
                                        Office of Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee