United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                      Case No. 23-00180-HWV
Stephen Marc Troy                               Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                               Page 1 of 2
Date Rcvd: Dec 13, 2023                    Form ID: pdf010                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5518561 | + | ALISON TROY, 15 N MIDDLESEX ROAD, CARLISLE, PA 17013-1628 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Stephen Marc Troy karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Keri P Ebeck | on behalf of Creditor Nissan Motor Acceptance Company LLC FKA Nissan Motor Acceptance Corporation as Servicer for Infiniti Financial Services kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com |

Michael Patrick Farrington
    on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

Regina Cohen
    on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC rcohen@lavin-law.com, mmalone@lavin-law.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> STEPHEN MARC TROY, <br><br>   Debtor, <br><br> NISSAN MOTOR ACCEPTANCE COMPANY LLC FKA NISSAN MOTOR ACCEPTANCE COMPANY AS SERVICER FOR INFINITI FINANCIAL SERVICES, <br><br>   Movant, <br><br> v. <br><br> STEPHEN MARC TROY, <br> ALISON M TROY, and <br> JACK N ZAHAROPOULOS, Trustee, <br>   Respondents. | Bankruptcy No. 1:23-bk-00180-HWV <br><br> Chapter 13 <br><br> Doc. No. 59 |

## ORDER OF COURT

Upon consideration of the foregoing *Certification of Default of the Stipulation Order to Resolve the Motion for Relief from Stay Re: 2019 Infiniti QX80 Utility 4D Luxe AWD, VIN# JN8AZ2NE7K9237081*, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Nissan Motor Acceptance Company LLC FKA Nissan Motor Acceptance Corporation as Servicer for Infiniti Financial Services.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 13, 2023