IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                           Case No. 1:23-bk-00249-HWV
                                                  Chapter 13

Jeffrey M. Garber

Debtor(s).

## REQUEST TO MARK OBJECTION TO PLAN MOOT

Kindly mark the Objection to Confirmation of Plan filed by Movant, **Lakeview Loan Servicing, LLC c/o Nationstar Mortgage LLC d/b/a Mr. Cooper**, on March 21, 2023 as moot.

                                                   By:      */s/ Daniel P. Jones, Esquire*
                                                                     Daniel P. Jones, Esquire,
                                                                     Bar No: 321876
                                                                     Stern & Eisenberg, PC
                                                                     1581 Main Street, Suite 200
                                                                     The Shops at Valley Square
                                                                     Warrington, PA 18976
                                                                     Phone: (215) 572-8111
                                                                     Fax: (215) 572-5025
                                                                     djones@sterneisenberg.com
                                                                     Attorney for Creditor

# CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 29th day of August, 2023, to the following:

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
pmurphy@dplglaw.com
***Attorney for Debtor(s)***


Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***


Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Jeffrey M. Garber
56 Thomas Drive
Mc Sherrystown, PA 17344
***Debtor(s)***

            By:  */s/Daniel P. Jones, Esquire*