**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 23-00249** |
| **JEFFREY M. GARBER** | § | |
| **DEBTOR(S)** | § | |
| | § | **CHAPTER 13** |
| | § | |

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

Notice is hereby given that **Specialized Loan Servicing LLC c/o VRMTG Asset Trust, U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee**, ("Creditor"), is withdrawing its **Transfer of Claim (Docket entry #82)** filed on **November 24, 2023**. Withdrawing this transfer of claim as it was inadvertently filed in duplicate.

Dated: _____11/29/2023_____

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Gatlyn Lindbergh
Gatlyn Lindbergh
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Specialized Loan Servicing LLC

1

5123-N-5151

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before _____11/29/2023_____ via electronic notice unless otherwise stated:

**Debtor**                    *Via U.S. Mail*
Jeffrey M. Garber
56 Thomas Drive
Mc Sherrystown, PA 17344

**Debtors' Attorney**
Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA  17011

**Chapter 13 Trustee**
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

Respectfully Submitted,

/s/ Gatlyn Lindbergh
_____
Gatlyn Lindbergh