# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | § |
| | §    CASE NO. 23-00249 |
| JEFFREY M. GARBER | § |
| DEBTOR(S) | § |
| | §    CHAPTER 13 |
| | § |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

Notice is hereby given that **Specialized Loan Servicing LLC c/o VRMTG Asset Trust, U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee**, ("Creditor"), is withdrawing its **Transfer of Claim (Docket entry #82)** filed on **November 24, 2023**. Withdrawing this transfer of claim as it was inadvertently filed in duplicate.

Dated:      11/29/2023

                                                     Respectfully submitted,
                                                   Bonial & Associates, P.C.

                                                   /s/ Gatlyn Lindbergh
                                                   Gatlyn Lindbergh
                                                   14841 Dallas Parkway, Suite 350
                                                   Dallas, Texas 75254
                                                   (972) 643-6600
                                                   (972) 643-6698 (Telecopier)
                                                   Email: POCInquiries@BonialPC.com
                                                   Authorized Agent for Specialized Loan Servicing LLC

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before    11/29/2023    via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*
Jeffrey M. Garber
56 Thomas Drive
Mc Sherrystown, PA 17344


**Debtors' Attorney**
Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA  17011


**Chapter 13 Trustee**
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

                                      Respectfully Submitted,

                                      /s/ Gatlyn Lindbergh
                                      Gatlyn Lindbergh